OFFICE OF DISCIPLINARY COUNSEL *v.* HECK.

[Cite as Disciplinary Counsel *v.* Heck (1984), 15 Ohio St. 3d 33.]

(D.D. No. 84-15—Decided December 13, 1984.)

*Mr. Angelo J. Gagliardo,* disciplinary counsel, and *Mr. Mark H. Aultman,* for relator.

*Per Curiam.* An assiduous scrutiny of the record compels us to accept the findings of the board. Although the commingling of client funds with those of the attorney, to the prejudice of a client, warrants strong disciplinary action, it is respondent's demeanor throughout these pro-

ceedings that is ultimately responsible for the gravity of the sanction we impose today.

Accordingly, respondent is hereby indefinitely suspended from the practice of law.

*Judgment accordingly.*

CELEBREZZE, C.J., W. BROWN, SWEENEY, LOCHER, HOLMES, C. BROWN and J. P. CELEBREZZE, JJ., concur.